# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SAMUEL ANTHONY LONGORIA, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | No. 5:25-cv-00032-DAE-ESC |
| | § | |
| ALAMO COLLEGES DISTRICT, | § | |
| | § | |
| Defendant. | § | |
| | § | |

## DEFENDANT'S ADVISORY TO COURT

Please be advised that this morning, I, the undersigned counsel will be undergoing my second major surgery in the past three (3) weeks.  I have been advised by my surgeon that I will be under strong pain medications for at least the first week and not be able to bear any weight on my right leg or drive for the next six (6) weeks.  As such, I am respectfully requesting that no hearings be scheduled until I am cleared to return to work.  Also I will not be able to monitor emails from the Court or opposing counsel.

Dated: August 6, 2026

NORTON ROSE FULBRIGHT US LLP


By:  */s/ Mario A. Barrera*
    Mario A. Barrera
    State Bar No. 01805915
    mario.barrera@nortonrosefulbright.com
Frost Tower
111 W. Houston Street, Suite 1800
San Antonio, Texas  78205
Telephone:    (210) 224-5575
Facsimile:    (210) 270-7205

*Attorney for Defendant*
*ALAMO COMMUNITY COLLEGE DISTRICT*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of August, 2026, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Frank Hill
Stefanie Klein
Hill Gilstrap, P.C.
1400 West Abram Street
Arlington, Texas 76013

*/s/ Mario Barrera*
Mario A. Barrera

306614279.1                                          - 2 -

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| SAMUEL ANTHONY LONGORIA, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | NO. SA-25-CV-00032-DAE |
| | § | |
| ALAMO COLLEGES DISTRICT, | § | |
| | § | |
| Defendant. | § | |
| | § | |

**ORDER AMENDING SCHEDULING ORDER**

ON THIS DATE came on to be considered the parties Agreed Motion to Amend Scheduling Order in the above-referenced cause. After considering the arguments presented, it is the opinion of this Court that the Agreed Motion should be and is hereby GRANTED.

IT IS HEREBY ORDERED that the deadlines of this Court's Text Scheduling Order dated January 16, 2025 [#11] be amended as follows:

5. The parties shall complete all discovery on or before **September 11, 2026**, including answers and responses to written discovery. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

6. The parties must mediate this case on or before **November 6, 2026**, and file a report in accordance with Local Rule CV-88 after the mediation is completed.

7. All dispositive motions shall be filed no later than **October 19, 2026**. Dispositive motions and responses to dispositive motions shall be limited to twenty (20) pages in length in accordance with Local Rule CV-7. Replies, if any, shall be limited to ten (10) pages in length. If parties elect not to file dispositive motions, they must contact the courtroom deputy on or before this deadline in order to set a trial date.

8. The hearing on dispositive motions will be set by the Court for a date after the deadline for responses and replies.

9. The Court will set the case for trial by separate order. The order will establish trial type deadlines to include pretrial matters pursuant to Local Rule CV-16.

It is SO ORDERED this the _____ day of _____ 2026.

 

 

DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE