IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SAMUEL ANTHONY LONGORIA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 5:25-cv-00032-DAE-ESC |
| | § | |
| ALAMO COLLEGES DISTRICT, | § | |
| | § | |
| *Defendant*. | § | |

**PLAINTIFF SAMUEL ANTHONY LONGORIA'S**
**UNOPPOSED MOTION TO DISMISS CASE WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(2), Plaintiff Samuel Anthony Longoria files this Unopposed Motion to Dismiss Case with Prejudice and requests that this civil action be dismissed with prejudice in its entirety against the Alamo Community College District a/k/a the Alamo Colleges District and the Alamo Colleges. In support of his request, Plaintiff respectfully shows the Court as follows:

1. The parties reached a final resolution of all matters in controversy between them, including an agreement that Plaintiff dismiss this case and all claims with prejudice, and each party shall bear its own costs and attorney's fees incurred in connection with this litigation.

2. The parties have satisfied their obligations under the agreement reached.

WHEREFORE, Plaintiff Samuel Anthony Longoria respectfully requests that this Court enter an Order granting his Unopposed Motion to Dismiss Case with Prejudice, dismissing all claims and this case in its entirety with prejudice to refiling, directing each party to bear its own costs and attorney's fees, and granting all further relief to which the parties may be justly entitled.

Respectfully submitted,

*/s/ Frank Hill*

Frank Hill
Texas Bar No. 09632000
fhill@hillgilstrap.com
HILL GILLSTRAP, P.C.
1400 West Abram Street
Arlington, TX 76013
ATTORNEYS FOR PLAINTIFF
SAMUEL ANTHONY LONGORIA

**CERTIFICATE OF CONFERENCE**

I certify the parties conferred about Plaintiff's Motion to Dismiss the Case with Prejudice in negotiating settlement of their dispute, and therefore, the motion is unopposed. Defendant's in-house counsel has informed that Defendant's counsel of record concurs with the resolution of this case.

*/s/ Frank Hill*
Frank Hill

**CERTIFICATE OF SERVICE**

It is hereby certified that on this 19th day of October 2026, Plaintiff's Unopposed Motion to Dismiss the Case With Prejudice was electronically filed with the Clerk of the Court who will send notification of such filing to the following:

Frank Hill
fhill@hillgilstrap.com
Hill Gillstrap, P.C.
ATTORNEY FOR PLAINTIFF

Mario A. Barrera
mario.barrera@nortonrosefulbright.com
ATTORNEY FOR DEFENDANT

/s/ *Mario A. Barrera*
Mario A. Barrera
*Filed with permission from Frank Hill*