IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SAMUEL ANTHONY LONGORIA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 5:25-cv-00032-DAE-ESC |
| | § | |
| ALAMO COLLEGES DISTRICT, | § | |
| | § | |
| *Defendant*. | § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Before the Court is Plaintiff Samuel Anthony Longoria's Unopposed Motion to Dismiss Case With Prejudice (the "Motion"), pursuant to FED R. CIV. P.41(a)(2). The motion indicates the parties have resolved all matters in controversy between them. Accordingly, it is hereby ORDERED that:

1. Plaintiff's Unopposed Motion is GRANTED.

2. This case is DISMISSED WITH PREJUDICE. All of Plaintiff's claims and causes of action against Defendant Alamo Community College District a/k/a the Alamo Colleges District and Alamo Colleges are DISMISSED WITH PREJUDICE.

3. Each party shall bear its own costs, expenses, and attorneys' fees. The Clerk of Court is ORDERED to close this case.

Signed this _______ day of __________________, 2026.

______________________________________
DAVID A. EZRA
UNITED STATES DISTRICT JUDGE